**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

[ ] BENTON [X] EAST ST. LOUIS [ ] CONTESTED [X] UNCONTESTED

# MINUTES OF DISPOSITION

JUDGE: **Hon. David R. Herndon, U.S. District Judge**

U.S.A. v. **Scott E. Smith** CRIMINAL NO.: **3:16-cr-30035-DRH-1**

REPORTER: **Laura Esposito** DEPUTY: **Lisa Tidwell**

DEFT. COUNSEL: **Daniel Cronin** GOVT. COUNSEL: **Daniel Kapsak**

DATE: **October 21, 2016** TIME: **10:00 AM – 11:15 AM**

_X_ Court orders recommendation to be placed under separate seal and counsel will not have access to same.

Offense Level: **13** Criminal History Category: **VI**
Sentence Range: **33 - 41 months** Fine Range: **$3,000 -$30,000**
Supervised Release Range: 5 **years**

**DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT: 41 months in the custody of the Bureau of Prisons, to run concurrently to the defendant's imprisonment under any previous or anticipated state sentence, including case numbers 2015-CF-66 and 2015-CF-148 in the Circuit Court of Monroe County, Illinois.**

**SUPERVISED RELEASE: 10 years on Count 1.**

**FINE: $150.00**

**SPECIAL ASSESSMENT:** $**100.00**

The Court finds that the defendant does not have the ability to pay interest and it is waived. Financial penalties are payable through the Clerk of the United States District Court and are due immediately.

Defendant is advised of his right to appeal within 14 days.

Defendant remanded to the custody of USMS.